UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 20-mj-2190-MBB |
| | ) |
| Alexander Guerra, a/k/a "Flaco," | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Neil Sullivan of the United States Marshals Service do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Alexander Guerra, a/k/a "Flaco" on a criminal complaint issued by the United States District Court for the Southern District of New York on November 21, 2016 charging the defendant with Bail Jumping in violation of 18 U.S.C. § 3146. I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Neil Sullivan
United States Marshals Service

Subscribed and sworn to before me this 30 day of January, 2020

_____
Marianne B. Bowler
United States Magistrate Judge